United States District Court
Southern District of Texas
**ENTERED**
May 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSEPH JUVENTINO RANDALL, | § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:25-CV-00073 |
| JOSEPH GUY BAKER, | § § § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS FOR FAILURE TO PROSECUTE

On April 10, 2025, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation to Dismiss for Failure to Prosecute" (D.E. 6). Petitioner was provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 6), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge.  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

    **ORDERED** on May 13, 2025.

                                                        NELVA GONZALES RAMOS
                                                        UNITED STATES DISTRICT JUDGE